ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Astro Systems Inc.                             )   ASBCA No. 63267
                                               )
Under Contract No. DACA-31-5-17-0273           )

APPEARANCES FOR THE APPELLANT:        Thomas Dunlap, Esq.
                                       Alexander Jonathan Brittin, Jr., Esq.
                                         Dunlap Bennett & Ludwig PLLC
                                         Vienna, VA

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Jesus Cruz Rodriguez, Esq.
                                         Engineer Trial Attorney
                                         U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 18, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63267, Appeal of Astro Systems Inc., rendered in conformance with the Board's Charter.

Dated:  May 19, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services